FILED
CLERK, U.S. DISTRICT COURT

NOV 1 5 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | ) CASE NO. 11-2723M |
| v. | ) |
| Cesar Culloque-Cosos | ) ORDER OF DETENTION<br>) [Fed. R. Crim. P. 32.1(a)(6);<br>) 18 U.S.C. § 3143 (a)] |
| Defendant. | ) |

I.

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Eastern Dist California for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _____ No Bail Resources Immigration Status _____

and/or

B. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _Prior Crim records_

IT IS THEREFORE ORDERED that the defendant be detained pending further revocation proceedings.

Dated: Nov 15, 2011

MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE